**Order entered September 17, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00433-CV

### CTMI, LLC, MARK BOOZER AND JERROD RAYMOND, Appellants

### V.

### RAY FISCHER AND CORPORATE TAX MANAGEMENT, INC., Appellees

**On Appeal from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-08-15775**

## ORDER

We **GRANT** appellees' September 12, 2014 second unopposed motion for extension of time and **ORDER** the brief to be filed no later than October 29, 2014. No further extensions will be granted absent exigent circumstances.

/s/    ELIZABETH LANG-MIERS
        JUSTICE